**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| Ronald J. Allison,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>The State of Nevada,<br><br>　　　　　　Defendant. | Case No. 2:22-cv-01112-JAD-DJA<br><br>**Report and Recommendation** |

After Plaintiff filed initiating documents without an application to proceed *in forma pauperis*, the Court gave Plaintiff until August 15, 2022, to apply to proceed *in forma pauperis* or pay the filing fee. (ECF No. 3). That deadline has passed. In ordering Plaintiff to file the application or pay the filing fee the Court explained that "if Plaintiff does not file a complete application or pay the full $402 filing fee… on or before August 15, 2022, the Court will commend dismissal of this case." (*Id*. at 3). To date, the Court has not received an application to proceed *in forma pauperis* or the filing fee.

Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED**.

**NOTICE**

This report and recommendation is submitted to the United States District Judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely

objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: September 23, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE